# Court of Appeals
# of the State of Georgia

ATLANTA,___July 30, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15I0217.  MARCUS LLOYD v. THE STATE.

Marcus Lloyd filed an application for interlocutory review of the trial court's order denying his emergency motion for new trial.  We dismissed Lloyd's application because the order and certificate of immediate review were signed by different judges.  Lloyd has now filed a motion for reconsideration, submitting evidence that the judge who signed the order was unavailable to execute the certificate.  Under these circumstances, Lloyd has shown that his certificate of immediate review was valid.  See *Freemon v. Dubroca*, 177 Ga. App. 745 (1) (341 SE2d 276) (1986). Accordingly, we hereby GRANT his motion for reconsideration. Our previous order dismissing this application is VACATED, and the application is REINSTATED.

As to the merits, Lloyd's motion for reconsideration and supporting exhibits also establish that the trial court's order is subject to direct appeal.  Pursuant to *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004), we will grant an application for interlocutory review if the challenged order is subject to direct appeal. Accordingly, the application is hereby GRANTED.  Lloyd shall have ten days from the date of this order to file a notice of appeal in the trial court.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*